# Court of Appeals of the State of Georgia

ATLANTA, April 09, 2025

*The Court of Appeals hereby passes the following order:*

## A25A1470. JASON BAILEY v. THE STATE.

In 2014, Jason Bailey was convicted of aggravated assault and possession of a firearm during the commission of a felony. We affirmed Bailey's convictions on direct appeal. See Case No. A16A1580 (decided Mar. 10, 2017). Since that time, Bailey has filed several pro se motions in the trial court. Most recently, he filed a motion in arrest of judgment, which the trial court dismissed on January 15, 2025. Bailey then filed a notice of appeal on March 5, 2025. We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Ebeling v. State*, 355 Ga. App. 469, 469 (844 SE2d 518) (2020). Bailey's notice of appeal was filed 49 days after entry of the trial court's order and is thus untimely.

Accordingly, we lack jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/09/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*